AO 91 (Rev. 11/11)  Criminal Complaint

**LODGED**
CLERK, U.S. DISTRICT COURT

11/15/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ AP ____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT

11/15/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____ KC ____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | |
| LAURO CARLOS JIMENEZ, JR. | ) | Case No.  5:21-mj-00680 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 16, 2021 - November 6, 2021   in the county of   San Bernardino   in the   Central   District of   California   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | See attached affidavit |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

/s/

USCP Special Agent, Juanita Gonzalez
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   November 15, 2021

_____
*Judge's signature*

City and state:        Riverside, CA

Honorable Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

*AUSA:*  Courtney Malden (x1473)

## AFFIDAVIT

I, Juanita Gonzalez, being duly sworn, declare and state as follows:

## PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint against Lauro Carlos Jimenez Jr. ("JIMENEZ") for threatening to assault and murder a United States official in violation of Title 18, United States Code, Section 115(a)(1)(B).

2.    The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## BACKGROUND OF JUANITA GONZALEZ

3.    I am a Special Agent ("SA") with the United States Capitol Police ("USCP") where I have served since April 2016.  I am currently assigned to the USCP Investigations Division, Threat Assessment Section ("USCP TAS").  I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques, including but not limited to the following: the Criminal Investigator Training Program at the Federal Law Enforcement Training Center located in Glynco, Georgia, the USCP Basic Investigator Training Program at the USCP

academy in Cheltenham, Maryland, the Uniformed Police Training Program at the Federal Law Enforcement Training Centerin Glynco, Georgia, and the Washington, D.C. Metropolitan Police Department's Detective School.

4.    In the course of my employment as a SA with the USCP, I have received training regarding the application for execution of both search and arrest warrants.  I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence.

## SUMMARY OF PROBABLE CAUSE

5.    From June 16, 2021, to November 6, 2021, U.S. Congressional staff reported to USCP TAS that an individual repeatedly called congressional offices located in Washington, D.C., and Hesperia, California, threatening multiple U.S. Congress Members and U.S. Congressional staff.  The U.S. Congress Members were elected federal officials during this period.

6.    Staff provided the same target phone number for the reported calls.  Through the course of investigation, the individual using the target number and making the threats was identified as JIMENEZ.

## STATEMENT OF PROBABLE CAUSE

7.    Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

8.    On August 9, 2021 at 5:28 p.m. EDT, an individual using phone number 626-533-8242 left a threatening voicemail at

Congress Member 1's[1] Washington, D.C. office.  On August 10, 2021, a staff member in the office reported the message to USCP TAS.  When the staff member reported the individual, he identified JIMENEZ by name.  The staff member was familiar with JIMENEZ because he left similar messages threatening several congressional members last year.

9.    I listened to the voicemail.  On the voicemail, the individual made a lot of nonsensical statements, but the relevant threats were: "[Congress Member 1] and staff and family think I'm fucking just talking shit, but something happened and then we'll see who's talking shit."  And then he said, "like the fucking god damn white supremacists who stormed the Capitol.  Oh, I didn't know what was going on. Oh, the fucking press.  Nah, nah, that ain't me, man.  I'll put a bullet in your god damn- I'll put a bullet in your god damn forehead or a god damn knife up your god damn fucking spine, your god damn skull or beat the fuck out of you, alright?  So let's play a god damn game."

10.    After reviewing the voicemail, I conducted an independent investigation.  I ran an Accurint database search on the 626-533-8242 telephone number.  The number is registered to JIMENEZ, a 54-year-old man residing at 9710 Mesa Street in Victorville, California.

11.    On August 10, 2021, USCP TAS SA Walter Ramirez called the 626-533-8242 telephone number.  The individual who answered

---

[1] The "Congress Members" identified herein are known to law enforcement, but I have redacted their names for their privacy. All persons identified as Congress Members herein were elected members of the United States Congress at all relevant times discussed here.

the phone identified himself as Lauro Carlos Jimenez Jr.  SA
Ramirez conducted a telephonic interview of JIMENEZ.  JIMENEZ
admitted to leaving the voicemails and said that he had no plans
to visit the Washington D.C. or California congressional offices.
He also said he would not hurt himself or anyone else.

12.   On August 25, 2021 at 2:49 p.m. (EDT), Congress Member
1's Washington D.C. staff member emailed USCP TAS and advised
that JIMENEZ, using the same telephone number, threatened to kill
Congress Member 1 and his family.

13.   On August 25, 2021, SA Ramirez called JIMENEZ again
and conducted another telephonic interview with JIMENEZ.  Once
again, JIMENEZ admitted to making the phone calls and messages.
When SA Ramirez asked if JIMENEZ stated he was going to kill
anyone JIMENEZ responded, "No."

14.   On September 14, 2021 at 6:53 p.m. (EDT) using the
same number, JIMENEZ left a voicemail at Congress Member 2's
Washington D.C. office.  JIMENEZ made threats directed at U.S.
Congress Member 1, Congress Member 3 and U.S. Congress Member 4.
I listened to the message.  JIMENEZ made a lot nonsensical,
erratic statements, but he directly referenced Congress Member 3
and Congress Member 4 and said, "I'm gonna kill those fucking god
damn molesters.  That's fucking near and dear to my heart."  He
also said that these Congressional members tried "to play a
fascist.  The real you guys gotta start over overthrow the god
damn government piece of shit and you try it."  And he made
references to "not fucking around" and said "I ain't playing with
you, white asses."

15.   On September 14, 2021, SA Ramirez called JIMENEZ and warned him that his language rose to the level of a criminal threat.  When asked about the voicemails JIMENEZ stated, "I mean what the fuck I say?  I'm not fucking around with that."  And when SA Ramirez told JIMENEZ that his voicemails fall under criminal threats and that he may face criminal charges and JIMENEZ replied, "got that."

16.   On September 16, 2021, Congress Member 5's staff member from the Washington, D.C., office discovered an old voicemail from June 16, 2021, from JIMENEZ using the same number. On the voicemail, JIMENEZ threatened Congress Member 1, Congress Member 3, and Congress Member 5.  His relevant comments were, "I'm going to kill them.  And then I'm going to deal with [Congress Member 1] and his fucking people.  I'm going to kill their asses then I'm going to kill your stupid ass."  He also said, "and tell [Congress Member 3] I hate child molesters.  You know what we do with child molesters when we're locked up?  We fucking kill them.  Okay?  And I mean that shit too."  Further, he said, "remember that my rep is [Congress Member 1].  Keep talking, bitch.  I fucking mean it.  Keep talking your white supremacist shit, motherfucker.  If shit happens, you're going to fucking die.  I'm just telling you.  It's a fucking promise."

17.   On October 5, 2021, and October 7, 2021, Congress Member 1's staff member in the Hesperia office contacted USCP TAS about additional voicemails left by JIMENEZ from September 29, 2021, to October 7, 2021.   This time, JIMENEZ threatened staff

members as well as congressional officers.  Some of his
statements from those voicemails are:

 a.  On September 29, 2021, at 8:45 a.m. (EDT), he
said, "this shit ain't gonna stop until you leave my country."
He also said, "I will fucking hurt you bad, get that mother
fucker out.  This shit ain't gonna stop until you leave my god
damned fucking house.  That's my house you guys are in.  This
shit ain't gonna stop, call whoever the fuck you want, just
remember."

 b.  On October 6, 2021, at 8:40 a.m. (PST), JIMENEZ
said, "I know where you work.  Okay.  Tell your family. I know
where you fuckers work.  All right. It's like I told my fucking
neighbors.  I know where the fuck you live, shit stops real
quick.  So I'm to tell you white people across the street.  I
know fucking faces, goddamned cars.  I will fucking kill them
too.  Fire bomb the car and I'll beat the fuck out of, I don't
give a fuck, your wife, whoever.  So understand little white
bitches.  All right.  That's a scared.  I ain't playing either
with you guys either.  Tell your family.  All right.  I know
where you fuckers work."

 c.  On October 7, 2021, 8:34 a.m. (PST), he said,
"remember everything I said yesterday.  I fucking mean it.  I
will kill you.  The whole god damned family.  Remember that
mother fuckers that you, white fucks will terrorize everybody
and shit like that.  I know where you fucking work.  If your
fucking family loves you, tell your family don't fuck around
with this guy cause guess what?  Your family's going to be

targeted too.  I ain't fucking--fucking around.  You don't know
me.  I don't mind killing you fucks.  All of you.  How you
fucking treated my people, all this fucking god damned fucking
here in the United States.  My country, you try to whitewash
shit, you guys are the fucking heroes.  No, you're not.  I will
fuck you people up."

18.   On October 20, 2021, Congress Member 1's staff member
in the Hesperia office advised USCP TAS that an intern
accidentally answered JIMENEZ's call.  JIMENEZ asked about a
potential vote the next day and said, "if the Congressman votes
no tomorrow, then he is just as bad as those white
insurrectionists, and I am going to come and kill every white
person in the office."

19.   JIMENEZ's actions have escalated, and he has started
showing up to Congress Member 1's Hesperia Office.  For instance,
on November 3, 2021, Congress Member 1's staff member in the
Hesperia office advised USCP TAS that he received a call from a
furious JIMENEZ.  JIMENEZ demanded that he be allowed into the
office.  He claimed that earlier that day he visited Hesperia
City Hall with his little dog and his cane.  He said he saw
someone inside the office and wanted them to "come outside to the
parking lot and fight him next time."  He added that he was near
the "end of his rope with" us.

20.   I pulled the surveillance video footage from Hesperia
City Hall.  On the video, a male matching JIMENEZ's description

on his driver's license can be seen holding a dog and a cane and entering the building.[2]

21.   On November 4, 2021, and November 6, 2021, Congress Member 1's staff member from the Hesperia office reported more voicemails left by JIMENEZ where he recounted his visit to the office and his intent to continue to visit and made additional threats to kill Congress Member 1 because of his political leanings.

a.   On November 4, 2021 at 12:34 p.m. (PST), some of the relevant comments include: "remember, no more fucking election fraud.  If you guys do that again, I'm really going to be pissed, and I'll put my hands on people.  That's god damn guarantee."  Then he said, "you guys should be crying fucking election fraud in fucking Virginia, right?  You're not.  How about New Jersey?  You're not. Okay?  You fucking cunts."

b.   And on November 5, 2021 at 7:27 p.m. (PST), some of his relevant statements were, "every time I see a thing about January 6th, it pisses me the fuck off.  I'm not going to stop, fuckheads.  I'm not going to stop.  And I will sit by your fucking office.  And tell fucking little [R.S], if I see him on the God damn street, I know how he fucking looks, I will fuck his ass up.  That's a God damn promise."  "I will confront him in the God damn fucking City Hall like a man.  I will put hands on him, but you guys are fucking a bunch of God damn fascist, God damn punks.  All right, it's not going to stop, bitches.

---

[2] JIMENEZ is a Hispanic male, 5'6 in height, approximately 225 pounds with brown eyes, black hair and a medium complexion.

It's not going to stop.  And now I know where you guys work for real now. And it's right down the street from my fucking house. I love it."

22.   On November 12, 2021 and November 13, 2021, Congress Member 1's staff member from the Hesperia office reported more voicemails left by JIMENEZ where stated his intent to continue to visit the office on Monday, November 15, 2021.  JIMENEZ makes an additional threat to kill U.S. Congress Member 1 and a conditional threat to kill law enforcement.

a.   On November 12, 2021 at 8:37 a.m. (PST), some of his relevant statements were, "I scare the fuck out of you.  You know I'm going to beat the fuck out of both of you, or three of you, or whoever.  You know I'm pissed off, and I'm going to beat the fuck.  I'm going to rip off your arm and beat you half to death, bitch.  Then I'm going to skull fuck you.  All right?" He also said, "I am not done with you fucks until you guys are out of office. Got it?  There you go, bitch."

b.   On November 13, 2021 at 8:23 a.m. (PST), JIMENEZ called and made more threats.  Some of the relevant statements were, "like I said, trust that harass me and try to intimidate me because I do the same fucking thing, but I'm going to kill him.  No, you threatened my family. You're going to fucking die. You and your family are going to fucking die.  Understand that? You get it?  I hope you get a penny guys do get a worshiper. Reason that you fuck with my family. You guys gonna goddamn, gonna die.  I understand that.  No if ands or butts.  Everyone's going to fucking die.  Okay.  That's the way it fucking goes

motherfucker.  I ain't fucking around with your white fucks anymore.  I got no guns, no nothing. Just me and my hands bitch. I am the weapon. You guys are going to fucking die if shit happens. A'ight?  It's a promise."

  c. On November 13, 2021 at 8:36 a.m. (PST), JIMENEZ made these threats, "I don't like cops, but I do fucking goddamn respect them.  And I have cops in my family.  Don't like cops threatening to kill my ass if I don't (inaudible) so take it up. I will kill a cop if they fuck with me and my family.  Ok (inaudible).  The boogie man is going to see your ass I'm coming to your fucking bed.  And I'm going to be there."

 23. The Federal Bureau of Investigation ("FBI") conducted a probable cause arrest of the defendant on November 14, 2021. JIMENEZ was taken into custody and transported to jail.

**CONCLUSION**

 24. For all of the reasons described above, there is probable cause to believe that JIMENEZ has threatened to assault and murder a United States official in violation of Title 18, United States Code, Section 115(a)(1)(B).

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone on
this 15 day of November 2021.

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE