**FILED**
CLERK, U.S. DISTRICT COURT

**12/01/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 5:21-cr-00232-JWH |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 115(a)(1)(A), (B): Threatening Federal Officials and Their Immediate Family] |
| LAURO CARLOS JIMENEZ, JR., | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 115(a)(1)(A)]

On or about October 6, 2021, in San Bernardino County, within the Central District of California, defendant LAURO CARLOS JIMENEZ, JR. knowingly threatened to assault a member of the immediate family of Victim A, a United States official, with the intent to impede, intimidate, and interfere with Victim A while Victim A was engaged in the performance of official duties, and with the intent to retaliate against Victim A on account of the performance of Victim A's official duties.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[18 U.S.C. § 115(a)(1)(B)]

On or about October 7, 2021, at approximately 8:31 a.m., in San Bernardino County, within the Central District of California, defendant LAURO CARLOS JIMENEZ, JR. knowingly threatened to assault Victim A, a United States official, with the intent to impede, intimidate, and interfere with Victim A while Victim A was engaged in the performance of official duties, and with the intent to retaliate against Victim A on account of the performance of Victim A's official duties.

COUNT THREE

[18 U.S.C. § 115(a)(1)(A)]

On or about October 7, 2021, at 8:34 a.m., in San Bernardino County, within the Central District of California, defendant LAURO CARLOS JIMENEZ, JR. knowingly threatened to assault and murder immediate family members of Victim A, a United States official, with the intent to impede, intimidate, and interfere with Victim A while Victim A was engaged in the performance of official duties, and with the intent to retaliate against Victim A on account of the performance of Victim A's official duties.

COUNT FOUR

[18 U.S.C. § 115(a)(1)(B)]

On or about November 14, 2021, at 8:59 a.m., in San Bernardino County, within the Central District of California, defendant LAURO CARLOS JIMENEZ, JR. knowingly threatened to assault and murder Victim A, a United States official, with the intent to impede, intimidate, and interfere with Victim A while Victim A was engaged in the performance of official duties, and with the intent to retaliate against Victim A on account of the performance of Victim A's official duties.

A TRUE BILL

/S/

_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JERRY C. YANG
Assistant United States Attorney
Chief, Riverside Branch Office

JOHN A. BALLA
Deputy Chief, Riverside Branch
Office

COURTNEY MALDEN
Assistant United States Attorney
Riverside Branch Office