UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>                  v.<br><br>LAURO CARLOS JIMENEZ, JR.,<br><br>             Defendant. | ED CR No. 21-232-JWH<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE:**<br>April 18, 2023, 9:00 a.m.<br><br>**STATUS CONFERENCE:**<br>April 7, 2023, 2:00 p.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from December 13, 2022, to April 18, 2023, and the status conference hearing is continued to April 7, 2023.

2.   The time period of December 13, 2022, to April 18, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Sana Ana, California 92701-4516 on April 18, 2023, at 9:00 a.m.

1       4.   Nothing in this Order shall preclude a finding that other

2   provisions of the Speedy Trial Act dictate that additional time

3   periods are excluded from the period within which trial must

4   commence.  Moreover, the same provisions and/or other provisions of

5   the Speedy Trial Act may in the future authorize the exclusion of

6   additional time periods from the period within which trial must

7   commence.

8       **IT IS SO ORDERED.**

9

10   November 23, 2022

11   DATE

   HONORABLE JOHN W. HOLCOMB
   UNITED STATES DISTRICT JUDGE

12

13   Presented by:

14

15      /s/

16   COURTNEY N. WILLIAMS
   Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28

         3